IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIE CURRY, JR.,<br><br>Defendant. | No. 3:07-cr-0559-03-JAJ<br><br><br><br>**ORDER** |

    This matter comes before the court pursuant to a review of this case in light of the retroactivity of the November 1, 2010 amendments to the sentencing guidelines regarding crack cocaine. In this case, counsel has been appointed to represent the defendant. The court held a brief status hearing in this matter in which it obtained the tentative position of the United States Attorney and the defense attorney. The court indicated its tentative decision to reduce the defendant's sentence, subject to any later objection that either party may file after the United States Attorney's Office and the defense consider this matter further.

    It appears that this defendant is entitled to a reduction in sentence as a result of the retroactive application of the November 1, 2010 sentencing guideline amendments. The defendant's sentence of incarceration is currently 137 months. After a reduction in the defendant's sentence that is consistent with the previously determined guideline range and any variances or departures, it appears that defendant may be entitled to a sentence of incarceration of 120 months.

Upon the foregoing,

**IT IS ORDERED** that unless objections or motions are filed prior to December 21, 2011, the court will enter an order reducing the defendant's sentence to 120 months.

**DATED** this 30th day of November, 2011.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA